**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **CHRISTOPHER BELL,** | ) | **CASE NO. 1:16CV1135** |
| **Plaintiff,** | ) | |
| vs. | ) | **JUDGE CHRISTOPHER A. BOYKO** |
| **DAVID YOUNG,** *et al.*, | ) | <u>O R D E R</u> |
| **Defendants.** | ) | |

This Court has reviewed the Report and Recommendation (Doc.# 16) of Magistrate Judge William H. Baughman, Jr. regarding the Motion of Plaintiff for Reconsideration and to Amend Complaint (Doc.#12). The Magistrate Judge recommended that Petitioner's Motion be denied.

FED. R. CIV.P. 72(b) provides that objections to a Report and Recommendation must be filed within fourteen days after service, but Plaintiff has failed to timely file any such objections. Therefore, the Court must assume that Plaintiff is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be a duplicative and inefficient use of the Court's limited resources. <u>Thomas v. Arn</u>, 728 F.2d 813 (6th Cir. 1984), <u>aff'd</u>, 474 U.S. 140 (1985); <u>Howard v. Secretary of Health and Human Services</u>, 932 F.2d 505 (6th Cir. 1991); <u>United States v. Walters</u>, 638 F.2d 947 (6th Cir.1981).

Therefore, the Court adopts in full the Report and Recommendation (Doc.# 16)

and denies Plaintiff's Motion for Reconsideration and to Amend Complaint.

IT IS SO ORDERED.

Dated: 5/15/2017

 *S/Christopher A. Boyko*
CHRISTOPHER A. BOYKO
UNITED STATES DISTRICT JUDGE